Petition for Writ of Mandamus Denied and Opinion filed March 27, 2003









Petition for Writ of Mandamus Denied and Opinion filed
March 27, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00297-CV

____________

 

IN RE CATHY RODRIGUEZ, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 14, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In the petition, relator
seeks to have this Court compel the Hon. Doug Warne, presiding judge of the
311th District Court of Harris County, to set aside the orders holding relator in contempt for failure to pay child support.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed March 27, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.